UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DERRICK ALLISON,

    Plaintiff,

v.                                            Case No. 2:11-cv-325
                                                  HON. R. ALLAN EDGAR

TAMMY LINDENMUTH, et al.,

    Defendants.

_____/

**MEMORANDUM AND ORDER**

    Plaintiff Derrick Allison, a Michigan state prisoner in the custody of the Michigan Department of Corrections (MDOC), brings this *pro se* federal civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff Allison moves for a temporary retraining order and preliminary injunction under Fed. R. Civ. P. 65(a) and (b). In the same motion, he also moves for the joinder of additional persons as new defendants under Fed. R. Civ. P. 19(a). [Court Doc. No. 36]. Plaintiff Allison subsequently filed a related motion to submit petition for redress of grievances. [Court Doc. No. 46].

    These motions were referred to Magistrate Judge Timothy P. Greeley for review. On April 2, 2012, Magistrate Judge Greeley submitted his report and recommendation that the motions be denied. [Court Doc. No. 48]. Plaintiff Allison has not timely filed objections to the report and recommendation.

    After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR

1

72.3. The plaintiff's motions [Court Doc. Nos. 36, 46] are **DENIED**.

SO ORDERED.

Date: April 25, 2012.


                    */s/ R. Allan Edgar*
                    R. ALLAN EDGAR
                UNITED STATES DISTRICT JUDGE